# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:   JOHNNY LEWIS                                            CASE NO: 08-27689
        MARY L LEWIS                                            CHAPTER 13

        DEBTORS(S)                                              JUDGE: JACK B SCHMETTERER

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   AMERICAN GENERAL FINANCE

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0009 | 6884 | $      .00 | $ 1,000.00 | $ 1,000.00 |

Total Amount Paid the Trustee                                                                 $   1,000.00

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                              X   Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:08-27689

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 26th day of  September, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| MARY L LEWIS | |
| JOHNNY LEWIS | ERNESTO D BORGES JR |
| 960 HARVARD LANE | 105 W MADISON 23RD FLR |
| MATTESON IL 60443 | CHICAGO IL 606020000 |

| Addtional Creditors | Additional Creditors |
|---|---|
| JOSEPHINE J MICELI | MIDLAND MORTGAGE |
| % FISHER & SHAPIRO | PO BOX 26648 |
| 2121 WAUKEGAN RD #301 | OKLAHOMA CITY OK 73126-0648 |
| BANNOCKBURN IL 60015 | |

Addtional Creditors

MIDFIRST BANK
% FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN IL 60015

Mortgage Arrearage Creditor

AMERICAN GENERAL FINANCE
20 N CLARK #2600
CHICAGO IL 60602

Electronic Service US Trustee

| Date: September 26, 2012 | /s/ Tom Vaughn |
|---|---|
| | Tom Vaughn, Chapter 13 Trustee |
| | Chapter 13 Trustee |
| | 55 East Monroe Street, Suite 3850 |
| | Chicago, Ill   60603 |